## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KENNETH GENE GOODWIN, SR.,** | ) |
| Petitioner, | ) ) |
| v. | ) ) Case No. CIV-07-1364-R |
| **THE STATE OF OKLAHOMA,** *et al.*, | ) ) ) |
| Respondents. | ) |

### ORDER

Petitioner filed this action seeking a petition for writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)( B), the matter was referred to United States Magistrate Judge Valerie K. Couch for preliminary review. On March 6, 2008, Judge Couch issued a Report and Recommendation, where she recommended that the petition be dismissed without prejudice pursuant to Local Civil Rule 9.2. The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to object. Accordingly, the Report and Recommendation is ADOPTED in its entirety and the petition is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 2nd day of April 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE